Lionel E. GENTRY, Petitioner–Appellant,

v.

Ernie ROE, Warden; Attorney General of the State of California, Respondents–Appellees.

No. 00–55691.

United States Court of Appeals, Ninth Circuit.

Filed Aug. 30, 2004.

James H. Locklin, Deputy Federal Public Defender, Los Angeles, CA, for the petitioner-appellant.

Shawn McGahey Webb, Deputy Attorney General of the State of California, Los Angeles, CA, for the respondents-appellees.

Before HUG, JR., FARRIS, and SILVERMAN, Circuit Judges.

## ORDER

Based upon the Supreme Court's decision in this case, filed October 20, 2003, the judgment of the district court is affirmed, and the mandate shall issue forthwith.